**MEMO ENDORSED**



# Joseph & Norinsberg
## Fighting for Employee Justice

| **Downtown Manhattan Office** | **Midtown Manhattan Office** | **Newark Office** |
|---|---|---|
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

January 27, 2026

<u>**Via ECF**</u>
Hon. Valerie Caproni
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 1/27/2026

Re:  McCormick v. Kenvue
25 CV 8257 (VEC)

Dear Judge Caproni,

We represent the Plaintiff in this action.  We write this letter with the consent of the attorneys for the Defendant.

A conference is scheduled for February 6, 2026 and a joint letter and case management plan is due on January 29, 2026.  Both parties respectfully request that Your Honor adjourn these dates by three weeks to allow the parties time to explore a possible resolution of this matter.  No previous adjournments of these dates have been sought.

Thank you for your consideration of our request.

Sincerely,
/s/Robert Schonfeld
Robert L. Schonfeld, Esq.

Cc:  Thomas Barton, Esq.
Clayton Daniel Harvey, Esq.

---

Application GRANTED.  The joint letter and case management plan are now due **February 19, 2026**, and the conference scheduled for February 6, 2026, is adjourned to **Friday, February 27, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.                    1/27/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE