

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

February 19, 2026

<u>*Via ECF*</u>
Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: McCormick v. Kenvue
25 CV 8257

Dear Judge Caproni:

We represent the Plaintiff in this action.

The parties have settled this case in principle. We respectfully request that today's deadline for the joint letter as well as the conference, scheduled for February 27, 2026, be adjourned for the parties to complete their work towards settling this matter.

Thank you for your consideration of this letter.

Sincerely,
*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

Cc: Thomas Barton, Esq., Clayton Harvey, Esq.